UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD SHERWIN TODD, | ) Case No. 2:11-cv-02460-JVS-PLA |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated: May 14, 2013    _____
                        HONORABLE JAMES V. SELNA
                        UNITED STATES DISTRICT JUDGE

-1-